

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Corey Lee Moore, Appellant

No. 06-24-00076-CR     v.

The State of Texas, Appellee

Appeal from the 90th District Court of Young County, Texas (Tr. Ct. No. CR12253). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the court costs owed are $350.00 instead of $365.00. As modified, we affirm the judgment of the trial court.

We note that the appellant, Corey Lee Moore, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 31, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk